466 A.2d 714

Commonwealth v. Hunter, Appellant.
Petition for Allowance of Appeal
Denied Feb. 3, 1984.

Argued March 8, 1983. Peter T. Campana, for appellant; Robert Henry Slivinski, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., WICKERSHAM and MONTEMURO, JJ.

Order affirmed.

466 A.2d 714

Commonwealth v. Jackson, Appellant.
Petition for Allowance of Appeal
Denied Jan. 16, 1984.

Submitted April 28, 1983. Douglas M. Johnson, Public Defender, for appellant; Ronald Thomas Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and POPOVICH, JJ.

Judgment of sentence affirmed.